UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYATE B., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Civil Action No. 23-3571 (MAS) <br><br> ORDER |

This matter comes before the Court upon Plaintiff Hayate B.'s ("Plaintiff") appeal of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her request for Disability Insurance Benefits under Title XVI of the Social Security Act. (ECF No. 1.) The Court has jurisdiction to review this matter under 42 U.S.C. § 405(g) and reaches its decision without oral argument under Local Civil Rule 78.1. For the reasons outlined in the Court's Memorandum Opinion,

IT IS on this **29th** day of May 2024, **ORDERED** as follows:

1. The Commissioner's final decision is **AFFIRMED**.
2. Plaintiff's appeal (ECF No. 1) is **DENIED**.
3. The Clerk of the Court shall close this case.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**